In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, Respondent, for an Order to Take Possession of the Property of the GENERAL INDEMNITY CORPORATION OF AMERICA.

CAPITAL FIRE INSURANCE COMPANY, Appellant.

Argued April 21, 1937; decided May 25, 1937.

*Harry Green* for appellant.

*Irvin Waldman* and *Alfred C. Bennett* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.